# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALBERTO ANTONIO MARANTE, M.D.,** and **LANCET INDEMNITY RISK RETENTION GROUP, INC.,**
Appellants,

v.

**ERMALINE FILS-AIME,** as Personal Representative of the **Estate of GREGORY FILS-AIME,** deceased,
Appellee.

No. 4D16-27

[ July 6, 2017 ]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 2012CA023457XXXXMB.

Jane Kreusler-Walsh, Rebecca Mercier Vargas and Stephanie L. Serafin of Law Office of Kreusler-Walsh, Compiani & Vargas, P.A., West Palm Beach, and Gordon Lea of Lubell & Rosen, Fort Lauderdale, for appellants.

Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, Guy B. Rubin of Rubin & Rubin, Stuart, and John V. Colvin of Mooney Colvin, P.L., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***